# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **PATRICK JORDAN,** § <br> Plaintiff, § <br> §    C. A. No.: 1:17-cv-00452 JL <br> v § <br> § <br> **TRANSWORLD SYSTEMS, INC.,** § <br> Defendant. § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: November 28, 2017

By: */s/ Angela K. Troccoli*
   Angela K. Troccoli, Esquire, Id# 18539
   Kimmel & Silverman, P.C.
   The New England Office
   136 Main Street, Suite 301
   Danielson, CT 06239
   (860) 866-4380- direct dial
   (860) 263-0919- facsimile
   atroccoli@creditlaw.com

*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Angela K. Troccoli, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Transworld Systems, Inc.
500 Virginia Drive, Suite 514
Fort Washington, PA 19034

                                          */s/ Angela K. Troccoli*
                                          Angela K. Troccoli, Esquire