UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **PATRICK JORDAN,**<br>        **Plaintiff**<br><br>**v**<br><br>**TRANSWORLD SYSTEMS, INC.,**<br>        **Defendant** | )<br>)<br>)<br>)<br>) **Case No.: 1:17-cv-00452 JL**<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>January 9, 2018</u>                    */s/ Angela K. Troccoli*
                                                                Angela K. Troccoli, Esquire
                                                                Kimmel & Silverman PC
                                                                136 Main Street, Suite 301
                                                                Danielson, CT 06239
                                                                Phone: (860) 866-4380
                                                                atroccoli@creditlaw.com

                                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

**Transworld Systems, Inc.**
**500 Virginia Drive, Suite 514**
**Fort Washington, PA 19034**

>                                       */s/ Angela K. Troccoli*
>                                        Angela K. Troccoli, Esquire